JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE SMITH MICRO SOFTWARE, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. 8: 11-cv-01394 AG (ANx) |
|---|---|
| | **ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |
| This Document Relates To:<br><br>ALL ACTIONS | Judge: Hon. Andrew J. Guilford<br>Date Filed: September 12, 2011 |

Pursuant to the stipulation of the parties and good cause having been shown, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The Stipulation to Dismiss with Prejudice is accepted and approved;

2. The consolidated action brought by Plaintiffs against defendants, captioned Master File No. In re *Smith Micro Software, Inc. Shareholder Derivative Litigation,* 11-cv-01394, is hereby dismissed with prejudice; and

No party shall seek fees, costs and/or claims under Rule 11 of the Federal Rules of Civil Procedure against any other party in connection with this action.

\* \* \*

**O R D E R**

**IT IS SO ORDERED.**

Dated: July 31, 2012

Hon. Andrew J. Guilford
U.S. DISTRICT COURT JUDGE

762739 SD